# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

(TAMPA)

Case Docket No.
8:18cv1336T36CPT

FILED
2018 JUN -4 PM 2:56
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Anne Bryant,

*Plaintiff*, Pro Se

v.

Hasbro, Inc; John and Jane Does, 1-12; ABC Corporations 1-7,

*Defendants*

**Civil Complaint**

INJUNCTIVE RELIEF SOUGHT

*Anne Bryant, Plaintiff—Pro Se*
*2601 Jefferson Circle*
*Sarasota, FL 34239*
*<accessab@gmx.com>*
*917.848.5203*

TPA-51014
$400

## Introduction

1. This is an action at Law and Equity to collect past due wages,[1] reuse, residuals and secondary market payments, and delinquent Pension contributions that fund the Pensions of the Plaintiff, [2] from the defendant Hasbro Inc, ("Hasbro").

2. Plaintiff's arrangements and productions, and performances of those arrangements and productions, created the Master Audio Recordings (the "**Masters**") [3] included, featured and embodied in Hasbro's actively-licensed television programs, originally broadcast in the 1980s pursuant to terms of Collective Bargaining Agreements with the Screen Actors Guild ("SAG-AFTRA") [4] and the American Federation of Musicians of the US and Canada ("AFM"). **(Exhibit 1** — CBAs: **Master** Recording Session Contract Numbers).

## Jurisdiction and Venue

3. This Court has jurisdiction of this action under:

29 U.S.C.§ 1132(a)(1)(B), [5] 29 U.S.C. § 1132(a)(3) [6] and 28 U.S.C. § 1331. [7]

---

[1] Plaintiff is entitled to scale wages payable for services as the Arranger and Orchestrator, or equivalent designation, at no less than a rate of 4xs scale (AFM); and Group Vocal 3-5, and/or V.O. Principal (SAG-AFTRA).

[2] Pension contributions are figured as a percentage of scale wages earned.

[3] Plaintiff's performances with and among the other Union member musicians and vocalists —*("et al")*

[4] "SAG" has merged with AFTRA and is currently known as "SAG-AFTRA."

[5] 29 U.S.C.§ 1132(a)(1)(B) "To recover benefits;" "to enforce rights;" "to clarify rights to future benefits."

[6] § 1132(a)(3) By a participant, "to (A) to enjoin any act or practice which violates any provision of this subchapter…" (B) "to obtain appropriate equitable relief" (i) "redress violations…"

[7] (29 U.S.C. §1132(f) : "The district courts of the United States shall have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action."

4. Venue is proper in this district pursuant to 29 U.S.C. 1132(e)(2); and because the defendant Hasbro Inc. is a foreign profit corporation entity registered in Florida, [8] doing business under its own name and through subsidiaries and affiliates throughout the United States and abroad, this Court has jurisdiction over parties in this Action.

## Parties

**PLAINTIFF**

5. **Anne Bryant**, proceeding Pro Se in this Action, is an American Composer and Songwriter; and, *specific to Plaintiff's interests in this Action*, Plaintiff is the Arranger-Orchestrator, Conductor and a Union Signatory Member-musician and performer and Signatory Producer affiliated with the AFM and SAG-AFTRA.

6. In New York, throughout the 1980s, Plaintiff arranged, produced and performed, (yearly), on hundreds of final **Masters** of feature songs, themes and instrumentals that were included and embodied in television Entertainment Properties owned by defendant Hasbro. The original **Masters** have been used worldwide in syndicated broadcasts of the original television Properties since they were created in the 1980s, and have been embodied in Home Video Collections, and are now also Streamed on services such as Netflix, *et al,* and sold as downloads by Online Stores, such as iTunes, *et al.*

7. By information and belief, a Pro Se Plaintiff may only bring an Action on its own behalf; as such, this action is brought only on behalf of Plaintiff, Anne Bryant.

8. For the purposes of this Action, Plaintiff is a "professional employee," within the meaning of 29 U.S.C. §152 (12)(a).

9. Plaintiff Anne Bryant resides at 2601 Jefferson Circle, Sarasota, FL 34239.

---

[8] Document No. F02000000330; FEI/EIN No. 05-0155090.

**DEFENDANT**

10. By information and belief, **Hasbro Inc.** is the largest toy company in the world.

11. **Hasbro Inc.** is incorporated in Rhode Island, and is a registered Foreign Profit or Stock Corporation in other states, including Florida.

12. Through its association in the 1980s and early 1990s with its former Agencies, Sunbow Productions Inc. ("Sunbow') and Griffin Bacal Inc. ("GBI"), Hasbro Inc. developed and grew into a multi-media Entertainment Company that boasted many successful television and film properties that embody the **Masters**. Hasbro has acted as the *de facto* music publisher, licensing Plaintiff's **Music** *(i.e.* Plaintiff's feature songs, themes and instrumental pieces) for broadcast and recorded products, such as CDs, and DVD Home Video collections sold *Worldwide.*

13. Since 2009, Hasbro owns the exclusive rights to distribute the Entertainment Properties and products that embody Plaintiff's **Music** and **Masters.**

14. In 2009, Hasbro announced a joint venture with Discovery Inc. to re-launch its "Discovery Kids" channel as "The HUB," (2010-2014).

15. By information and belief, Hasbro (Hasbro Studios) teamed with Paramount Pictures in 2015 and 2017 in production deals to produce and distribute content based upon Hasbro's brands, and to collaborate [9] on multiple live-action and animated films.

16. For the purposes of this Action, defendant Hasbro Inc. is an employer engaged in interstate commerce within the meaning of 29 U.S.C. §152(2) and (6).

17. Hasbro's principle place of business is 1027 Newport Ave, Pawtucket R.I. 02861.

---

[9] with Hasbro's "Allspark Pictures" and "Allspark Animation."

**Statement of Claim**

Background Facts

18. The relevant Collective Bargaining Agreements ("CBAs") with SAG-AFTRA and the AFM were entered into on defendant Hasbro's behalf by its Union Signatory (former ) "**Agencies,**" GBI and Sunbow.

19. Pursuant to the 1988 Standard Terms and Conditions Agreement ("STAC") between Hasbro and Milton Bradley International—*with*— Sunbow, *et al,* defendant Hasbro's former Agency, ((**Exhibit 2,** STAC at 1), Sunbow was obligated to provide copies of all Agreements to Hasbro (*Ibid.* ¶F) and to assign those Agreements to Hasbro, (*Ibid.* ¶G(4)).

20. Defendant Hasbro would not produce copies of the Union recording contracts[10] for the **Masters,** *that Hasbro is obligated to fulfill,* which were sought by Plaintiff's Subpoena Duces Tecum served upon Hasbro on **August 31, 2017.**[11] (**Exhibit 3**, Subpoena to Hasbro)

21. Pursuant to the Union recording contracts (CBAs, **Exhibit 1**), Defendant Hasbro's obligation to make Secondary Market Payments and Reuse and Residual payments to

[10] No party is willing to produce copies of the SAG-AFTRA and AFM **Master** recording contracts to this Plaintiff. Parties that claim to have lost or tossed them include the AFM and SAG-AFTRA, Sunbow, and plaintiff's former partner, Ford Kinder. The major stockholders of Sunbow Productions Inc and Sunbow Entertainment LLC declared in an acquisition and purchase agreement of their companies by Sony Music Entertainment Inc in 1998 that neither company was a party to any collective bargaining agreement—this statement is untrue: **see exhibit 1, Master** recording contracts). And Hasbro, and Plaintiff's former attorney, Patrick J. Monaghan Jr. are withholding the AFM and SAG-AFTRA recording contracts in defiance of a Subpoena Duces Tecum commanding their production.

[11] The Union contracts sought also appertained to another S.D.N.Y Action, Bryant v. Silverman, Monaghan,(PAC), (HBP).

musicians and singers, and to make concomitant Pension contributions on their behalf, continues; it does not expire.

22. Defendant Hasbro's failure to account, and to fund the pensions of Plaintiff *(et al)* in violation of §515 of the Employee Retirement Income Security Act, "ERISA" §515, 29 USC §1145, (*delinquent payments),* represents an exercise of complete ownership and dominion over the **Masters**, to the total exclusion of the rights of the plaintiff *(et al)* indefinitely, evincing defendant Hasbro's intent to profit excessively.

**Statement of Facts**

23. Plaintiff was not a party to the STAC (See STAC ¶O(13) - signatures); and, Plaintiff was not made aware that the STAC would operate between Sunbow and Hasbro in connection with plaintiff's arrangements, productions and union-contracted services in connection with the **Masters.**

24. There have been numerous transfers of the publishing, administration and distribution rights to the **Music**, the **Masters** and the Entertainment Properties that embody them, since they were created in the 1980s and early 1990s, *e.g. Sony BMG Music, TV Loonland and others.*

25. In 2009, Hasbro re-acquired the exclusive distribution rights to the Entertainment Properties embodying Plaintiff's (**Music** and) **Masters,** from the German Company, TV Loonland AG.

*va subito*

***Secondary Market Payments to Musicians***

26. In 2008, Sony BMG Music (Sunbow) made payments/contributions to the Film Musicians Secondary Market Fund ("FMSMF"), for its annual distribution of payments due to the plaintiff. (3/31/08).

27. In 2009, Sony BMG (TV Loonland) and TV Loonland made payments/contributions to the FMSMF for its annual distribution of payments due to the plaintiff. (3/31/09).

28. Defendant Hasbro did not make payments/contributions to the FMSMF in 2010, 2011, 2012 and 2013 for its annual distribution of payments due to the plaintiff.[12]

29. Defendant Hasbro made payments/contributions to the FMSMF for its annual distribution of payments due to the plaintiff in 2014 and 2015, (3/31/14 and 3/31/15).

30. Hasbro did not make payments/contributions to the FMSMF for the annual (March) distribution of payments due to the plaintiff with respect to licensed, commercial uses of the **Masters** in 2016, 2017 and 2018.

DISCUSSION

Plaintiff avers the Sony BMG, TV Loonland and Hasbro payments were insufficient and incomplete, in consideration of the huge volume of Plaintiff's arrangements and productions that created the Master recordings that are embodied in a vast array of audio visual products sold worldwide. Information provided in Plaintiff's AFM official Pension reports, and other Union payment documents, indicate that Plaintiff has been under-represented, replaced by sham imposters or, left off of the Master Recording Contracts entirely, *as the case may be.*[13]

[12] Plaintiff could not add these claims against Hasbro, a party to the S.D.N.Y. Action, Bryant v. AB Droits, et al. Docket No. 07-cv-6395 (SHS)(MHD)—(PAC)(HBP), because that case was STAYED in 2010 by presiding district Judge Sidney H. Stein; the case remained STAYED until 2017. Thus, this Plaintiff could not attain leave to Amend or Supplement the original Complaint to add the claims brought here and now.

[13] This discussion is also relevant to Broadcast Residual claims, ¶¶30-33, *infra.*

***Broadcast Reuse and Residual Payments***

31. Beginning in October 2011, and for several years running,[14] Defendant Hasbro broadcast the relevant television properties on its television network, "The HUB," that embody the final Master Productions of Plaintiffs themes and feature songs, *such as Transformers and JEM and the Holograms ("JEM"), My Little Pony (various), et al.* (See **Schedule I** list of **Music** and **Masters**). Hasbro failed to pay (AFM) broadcast reuse and (SAG-AFTRA) residual payments, (Union Wages) and Pension Contributions to this Plaintiff, (*et al),* who rendered services on those recordings, in violation of ERISA §515, 29 USC §1145 — *delinquent payments.* [15]

32. In 2012 and 2013, Plaintiff received some residuals from the SAG-AFTRA residuals department in connection with defendant Hasbro's licensing of the television (and film) properties to the **Cartoon Network,** that were paid on behalf of the licensee, Cartoon Network by **Entertainment Partners Inc,** an Industry Payroll Agency—*(vocal residuals).*

33. Cartoon Network did not pay residuals to performing *musicians*, such as Plaintiff, for those same Cartoon Network broadcasts licensed by Defendant Hasbro.

34. Defendant Hasbro has not paid any AFM reuse and SAG-AFTRA residuals and Pension Contributions to this Plaintiff, (*et al)* in connection with its Domestic and prolific Foreign broadcasts of the properties that embody the **Masters** since the early 1990s.

—

[14] Broadcast residual payments beginning in 2012.

[15] In 2010 and 2011, SAG-AFTRA Voice Actors, as well as some singers, attempted to negotiate with Hasbro through SAG-AFTRA, with respect to residuals due for the [prolific] HUB TV broadcasts of the **Masters**— to no avail. Subsequently, SAG-AFTRA's attorney, David Gregoire informed this Plaintiff that the SAG-AFTRA Agreements were [suddenly] "gone."

***Right to Private Action / Statute of Limitations***

35. Plaintiff has the **right to bring an action in district court** to obtain equitable relief pursuant to 29 U.S.C.1132(a)(3)(B); and, to recover delinquent benefits, clarify her rights to future benefits, and to enforce ERISA §515 , 29 U.S.C. §1145, pursuant to 29 U.S.C. §1132(a)(1)(B). **The Statute of Limitations** is 6 years pursuant to 29 USC §1113(1).

***No Burden of Proof***

36. It is not this Plaintiff's burden to prove that Defendant Hasbro has not paid union wages, residuals and secondary market fees, and Pension contributions to Plaintiff Anne Bryant , it is Defendant Hasbro's burden to prove that it has — (*it cannot, because it has not).*

**Pleading for Equitable Relief**

WHEREFORE,

37. Pursuant to the Statement of Claim (¶¶ 18-22), and the Statement of Facts (¶¶*23-34) supra,* Plaintiff respectfully requests that this Court:

*a.* Enter a Judgment that the Defendant Hasbro has a continuing contractual obligation to make (or cause its licensees and affiliates to make) Secondary Market Payments, SAG-AFTRA Residual and AFM Reuse Payments, to Plaintiff Anne Bryant with respect to licensing of commercial uses of the **Masters,** pursuant to Collective Bargaining Agreements.

*(Specific Performance)*

*b.* Enter an injunction requiring Defendant Hasbro to promptly submit the full and correct amounts of FMSMF payments/contributions currently due and due from prior

distributions to Plaintiff (*see* DISCUSSION, *p.7, supra*), along with statements in connection therewith.

*c.* Enter a separate monetary judgment against Defendant Hasbro for the full and correct amount of delinquent FMSMF payments contributions, residuals and reuse payments, together with interest.

*d.* Enter a separate monetary judgment against Defendant Hasbro for the full and correct amount of delinquent Pension contributions, together with interest on those delinquent contributions.

*e.* Award the Plaintiff costs associated with this Action.

*f.* Order such other legal and equitable relief as the Court deems appropriate.

Thank You.

AFFIRMATION

I, Anne Bryant, the Plaintiff proceeding Pro Se in this Action, Affirm under the penalty of perjury that the statements made by me herein are true to my knowledge; and as for any statements made by information and belief, I believe them also to be true.

Dated and Signed: the 29th Day of April, 2018

*Anne Bryant, Plaintiff-Pro Se*
*2601 Jefferson Circle, Sarasota, FL 34239*
*<accessab@gmx.com>*
*917.848.5203*

To the Court:

Filed by HAND : Office of the Clerk—U.S. , Middle District of Florida, Tampa

Party to be served within 120 days:

Hasbro, Inc. 1027 Newport Ave, Pawtucket R.I. 02861 (Defendant).

cc —(pursuant to 29 U.S.C. §1132(h):

Secretary of Labor, US Department of Labor —via Certified Mail

Secretary of the Treasury, US Treasury Department—via Certified Mail

EXHIBIT 1

EXHIBIT

VARIOUS TV SHOW THEMES -- NEW USE    AFM CONTRACT ID#'S for SUPPLEMENTARY PAYMENTS DUE TO TALENT    RE:SUNBOW PROD. GRIFFIN BACAL INC.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | AGENCY / PROD CO. | AFM | DATE of | AFM | TITLE(S) & CODE TITLES | COMMENT | PAYOR |
| 2 | | CONTRACT# | 1st Service | LEADER | | | |
| 3 | **"TRANSFORMERS"** | | | | | | |
| 4 | ***The Transformers jingle*** | *S479678* | ***09.09.83*** | *BRYANT* | *HASBRO-TRANSFORMERS* | *Inv.# 77706 "LR Scott"* | *BT&R/ADP* |
| 5 | *Orig. Jingle recording --* | *S634954* | *rec. date* | *BRYANT* | *AUTOBOTS-TRANSFORMERS* | *COMML ID#XYGN0314* | *T&R* |
| 6 | | *for ref. only* | | | | | |
| 7 | | | | | | | |
| 8 | SUNBOW PRODUCTIONS | missing # | *06.03.85* | KINDER or | **TRANSFORMERS (TV) THEME** | #7840-080 direct | SUNBOW |
| 9 | | | *appx. date* | BRYANT | | | |
| 10 | | | | | | | |
| 11 | GRIFFIN BACAL INC. | S654446 | 01.20.86 | BRYANT | **TRANSFORMERS /** | comm'l ID # XYGN0691 | T&R |
| 12 | | | | | **DINOBOTS "GGBG"** | | |
| 13 | | | | | (used as theme in DVD Home Vid.) | | |
| 14 | | | | | | | |
| 15 | **BIG FOOT & MUSCLE...** | | | | | | |
| 16 | SUNBOW PRODUCTIONS | missing # | *06.04.85* | KINDER or | **BIG FOOT AND THE MUSCLE...** | #7840-160 direct | SUNBOW |
| 17 | | | *appx. date* | BRYANT | | | |
| 18 | | | | | | | |
| 19 | **GI JOE MOVIE THEME** | | | | | | |
| 20 | SUNBOW PRODUCTIONS | S660251 | 03.14.87 | KINDER | **GI JOE THE MOVIE (theme)** | TV FILM | T&R |
| 21 | | | | | | | |
| 22 | **ROBOTIX** | | | | | | |
| 23 | GRIFFIN BACAL INC./ | S634979 | 08.27.84 | BRYANT | **ROBOTIX (CREATION) theme** | comm'l ID #XYMB0148 | T&R |
| 24 | MILTON BRADLEY | | | | | | |
| 25 | | | | | | | |
| 26 | **INHUMANOIDS** | | | | | | |
| 27 | GRIFFIN BACAL INC | S634995 | 06.26.85 | BRYANT | **INHUMANOIDS (1.2.3.)** | T65428 / T65429 / T65430 | T&R |
| 28 | | | | | | | |
| 29 | **VISIONAIRIES** | | | | | | |
| 30 | GRIFFIN BACAL INC 4711 | S663061 | 12.29.86 | KINDER | **VISIONAIRIES (AFM DUB DATE:** | 09.14.87) ORIG ID# HSV17352 | T&R |
| 31 | | | | | | | |
| 32 | **FUNNY FRIENDS** | | | | | | |
| 33 | SUNBOW PRODUCTIONS | S660841 | 11.24.86 | KINDER | **FUNNY FRIENDS THEME** | MUSIC FROM TV ANIMATION | T&R |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |

CONTACT: ANNE BRYANT
~~MUSIC ART, LTD.~~

~~845 947 7050~~
917 848 5203

~~fsoannebryant@aol.com~~

**THE JEM SHOW** **AFM CONTRACT ID #'s** **RE: SUNBOW PROD. INC.**

**DUE FOR SUPPLEMTARY PAYMENTS TO TALENT**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **AGENCY / PROD COMPANY** | **AFM CONTRACT#** | **DATE of** | **AFM LEADER** | **TITLE(S) & CODE TITLES** |
| 2 | | | **1st service** | | |
| 3 | GRIFFIN BACAL, INC. **4711** | **NY000428** | 08.14.87 | KINDER | JEM GIRLS (THEME) |
| 4 | GRIFFIN BACAL, INC. **4711** | **NY000431** | 08.14.87 | KINDER | GLITTER & GOLD (THEME) |
| 5 | | | | | |
| 6 | **SUNBOW PRODUCTIONS, INC** | | **03.07.85** | **KINDER or** | **JEM THEME (MAIN THEME)** |
| 7 | | | | **BRYANT** | |
| 8 | **SUNBOW PRODUCTIONS, INC** | | **04.17.85** | **KINDER or** | **JEM THEME (MAIN) re-sing** |
| 9 | | | | **BRYANT** | |
| 10 | | | | | ***(JEM SHOW FEATURE SONGS*** |
| 11 | **SUNBOW PRODUCTIONS, INC** | | **06.04.85** | **KINDER** | **CLICK CLASH/MAKIN MISCHIEF/*OUTTA*** |
| 12 | | **S600004** | **12.15.86** | **BRYANT** | ***MY WAY*** |
| 13 | SUNBOW PROD, INC **2757** | **S647569** | 01.23.86 | BRYANT | CONGRAT/SHOW ME/LOVE |
| 14 | SUNBOW PRODUCTIONS, INC | **S647568** | 12.23.86 | KINDER | UNIVERSAL APPEAL |
| 15 | SUNBOW PRODUCTIONS, INC | **S647570** | 02.05.86 | BRYANT | WELCOME/PEOPLE/PUTTING |
| 16 | GRIFFIN BACAL, INC. 4711 | **S654451** | 03.17.86 | KINDER | TRULY OUTRAGEOUS |
| 17 | SUNBOW PRODUCTIONS, INC | **S659177** | 03.31.86 | BRYANT | SHARE/WECAN MAKE A DIFF... |
| 18 | SUNBOW PRODUCTIONS, INC | **S659179** | 04.04.86 | BRYANT | LOVE UNITES/SOMETHING IS |
| 19 | SUNBOW PRODUCTIONS, INC | **S659181** | 04.05.86 | BRYANT | YOU CAN'T CATCH ME |
| 20 | SUNBOW PRODUCTIONS, INC | **S649185** | 04.08.86 | BRYANT | GIMME, GIMME, GIMME |
| 21 | SUNBOW PRODUCTIONS, INC | **S659183** | 04.10.86 | KINDER | WORKIN OUT/DOIN ME IN/LOVE IS |
| 22 | SUNBOW PRODUCTIONS, INC | **S659184** | 04.07.86 | BRYANT | YOU GOTTA BE FAST |
| 23 | SUNBOW PRODUCTIONS, INC | **S659182** | 04.09.86 | KINDER | WHO IS HE KISSIN/JEALOUSY |
| 24 | SUNBOW PRODUCTIONS, INC | **S659188** | 04.10.86 | KINDER | TIME IS/ONLY ME/IT ALL DEPENDS |
| 25 | SUNBOW PRODUCTIONS, INC | **S659191** | 05.28.86 | KINDER | THE JEM SHOW |
| 26 | SUNBOW PRODUCTIONS, INC | **S659088** | 05.28.86 | KINDER | WE CAN CHANGE/THE WATER/OFF |
| 27 | SUNBOW PRODUCTIONS, INC | **S647562** | 06.04.86 | KINDER | WHO IS SHE ANYWAY |
| 28 | SUNBOW PRODUCTIONS, INC | **S659089** | 06.25.86 | KINDER | IT TAKES A LOT TO SURVIVE |
| 29 | SUNBOW PRODUCTIONS, INC | **S659091** | 06.15.86 | KINDER | CAN'T GET MY LOVE/BROADWAY |
| 30 | SUNBOW PRODUCTIONS, INC | **S659087** | 06.12.86 | KINDER | OFF & RUNNING |
| 31 | SUNBOW PRODUCTIONS, INC | **S659099** | 08.19.86 | BRYANT | MELODY PLAYIN/NOBODY BETTER |
| 32 | SUNBOW PRODUCTIONS, INC | **S659093** | 08.27.86 | KINDER | SHE MAKES AN IMPRESSION |
| 33 | SUNBOW PRODUCTIONS, INC | **S660795** | 08.27.86 | KINDER | ROCK & ROLL/FORGET THE PAST |
| 34 | SUNBOW PRODUCTIONS, INC | **S659100** | 08.18.86 | KINDER | AHEAD OF THE GAME/MISFITS IN |
| 35 | SUNBOW PRODUCTIONS, INC | **S659092** | 08.18.86 | KINDER | HOW YOU PLAY/MISFITS IN |
| 36 | SUNBOW PRODUCTIONS, INC | **S659098** | 08.27.86 | KINDER | I AM A GIANT/DESIGNING WOMAN |
| 37 | SUNBOW PRODUCTIONS, INC | **S659096** | 08.21.86 | KINDER | FRIEND OR/SEE THE VIEW/RUNNING |

THE JEM SHOW — AFM CONTRACT ID #'s — RE: SUNBOW PROD. INC.

DUE FOR SUPPLEMTARY PAYMENTS TO TALENT

| | F | G |
|---|---|---|
| 1 | **COMMENT** | **PAYOR** |
| 2 | | |
| 3 | COMMERCIAL - ORIG. ID# | T& R |
| 4 | COMMERCIAL - ORIG. ID# | T& R |
| 5 | | |
| 6 | **ORIGINAL SUNBOW** | **SUNBOW** |
| 7 | **# 7840-160 & 616270** | |
| 8 | **ORIGINAL SUNBOW** | **SUNBOW** |
| 9 | # 7840-160 & 616270 | |
| 10 | | |
| 11 | **ORIGINAL SUNBOW # 7840-160** | SUNBOW |
| 12 | | **T&R** |
| 13 | MEDIA: MUSIC/FILM | T&R |
| 14 | MEDIA:MUSIC/FILM | T&R |
| 15 | MEDIA:MUSIC/FILM | T&R |
| 16 | MEDIA: MUSIC/FILM | |
| 17 | MEDIA:MUSIC/OTHER | T&R |
| 18 | MEDIA:MUSIC/OTHER | T&R |
| 19 | MEDIA:MUSIC/OTHER | T&R |
| 20 | MEDIA:MUSIC/OTHER | T&R |
| 21 | MEDIA:MUSIC/OTHER | T&R |
| 22 | MEDIA:MUSIC/OTHER | T&R |
| 23 | MEDIA:MUSIC/OTHER | T&R |
| 24 | MEDIA:MUSIC/OTHER | T&R |
| 25 | MEDIA:MUSIC/OTHER | T&R |
| 26 | MEDIA:MUSIC/FILM | T&R |
| 27 | MEDIA:MUSIC/FILM | T&R |
| 28 | MEDIA:MUSIC/FILM | T&R |
| 29 | MEDIA:MUSIC/FILM | T&R |
| 30 | MEDIA:MUSIC/FILM | T&R |
| 31 | MEDIA:MUSIC/FILM | T&R |
| 32 | MEDIA:MUSIC/FILM | T&R |
| 33 | MEDIA:MUSIC/FILM | T&R |
| 34 | MEDIA:MUSIC/FILM | T&R |
| 35 | MEDIA:MUSIC/FILM | T&R |
| 36 | MEDIA:MUSIC/FILM | T&R |
| 37 | MEDIA:MUSIC/FILM | T&R |

THE JEM SHOW | AFM CONTRACT ID #'s | RE: SUNBOW PROD. INC.

DUE FOR SUPPLEMTARY PAYMENTS TO TALENT

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | AGENCY / PROD COMPANY | AFM CONTRACT# | DATE of | AFM LEADER | TITLE(S) & CODE TITLES |
| 2 | | | 1st service | | |
| 38 | SUNBOW PRODUCTIONS, INC | S660828 | 07.23.86 | KINDER | QUEEN OF ROCK & ROLL |
| 39 | SUNBOW PRODUCTIONS, INC | S660829 | 08.25.86 | KINDER | HAPPY ENDINGS/TROUBLE |
| 40 | SUNBOW PRODUCTIONS, INC | S660830 | 08.26.86 | KINDER | GIMME A GIMMICK |
| 41 | SUNBOW PRODUCTIONS, INC | S660831 | 08.28.86 | KINDER | JAM ALL NIGHT/COMIN FROM BEHIND |
| 42 | SUNBOW PRODUCTIONS, INC | S660832 | 08.21.86 | KINDER | SEE ME A STAR/MAY BE A STAR |
| 43 | GRIFFIN BACAL, INC. 4711 | S663043 | 06.18.86 | KINDER | NOBODYPLAYIN/NOBODY BETTER |
| 44 | SUNBOW PRODUCTIONS, INC | S660833 | 09.09.86 | KINDER | FATHER SHOULD BE/TAKE A HIKE |
| 45 | SUNBOW PRODUCTIONS, INC | S660834 | 09.25.86 | KINDER | SURPRISE, SURPRISE |
| 46 | SUNBOW PRODUCTIONS, INC | S660835 | 10.15.86 | KINDER | GLITTER/WE'RE UP/HOW DO/I CAN |
| 47 | SUNBOW PRODUCTIONS, INC | S660839 | 10.22.86 | KINDER | GLITTER & GOLD REV. |
| 48 | SUNBOW PRODUCTIONS, INC | S660840 | 10.30.86 | KINDER | GLITTER&GOLD/BACK IN SHAPE |
| 49 | SUNBOW PRODUCTIONS, INC | S660842 | 12.02.86 | KINDER | DEAR DIARY/SCANDAL |
| 50 | SUNBOW PRODUCTIONS, INC | S660843 | 12.10.86 | KINDER | FREEDOM/SATR SPANGLED... |
| 51 | SUNBOW PRODUCTIONS, INC | S660844 | 12.29.86 | KINDER | BELIEVE IN YOURSELF |
| 52 | SUNBOW PRODUCTIONS, INC | S660845 | 12.29.86 | KINDER | RIGHT WITH THE WORLD/BEAT THIS |
| 53 | SUNBOW PRODUCTIONS, INC | S660846 | 12.31.86 | KINDER | I LIKE YOUR STYLE |
| 54 | SUNBOW PRODUCTIONS, INC | S660847 | 01.07.87 | KINDER | TAKE THE TIME/OPEN A BOOK |
| 55 | SUNBOW PRODUCTIONS, INC | S660848 | 01.14.87 | KINDER | IT'S FUN TO BE SCARED |
| 56 | SUNBOW PRODUCTIONS, INC | S660849 | 01.14.87 | KINDER | DON'T LOOK NOW |
| 57 | SUNBOW PRODUCTIONS, INC | S660852 | 01.29.87 | KINDER | I'M OK/BAD INFLUENCE |
| 58 | SUNBOW PRODUCTIONS, INC | S660853 | 02.06.87 | KINDER | FREE & EASY |
| 59 | SUNBOW PRODUCTIONS, INC | S660854 | 02.09.87 | KINDER | NIGHTMARE |
| 60 | SUNBOW PRODUCTIONS, INC | S660855 | 02.09.87 | KINDER | TAKES WORK |
| 61 | SUNBOW PRODUCTIONS, INC | S660224 | 02.19.87 | KINDER | SHANGRI-LA/LET THE MUSIC PLAY |
| 62 | SUNBOW PRODUCTIONS, INC | S660226 | 03.09.87 | KINDER | THE REAL ME/IMAGINE ME |
| 63 | SUNBOW PRODUCTIONS, INC | S660227 | 03.09.87 | KINDER | IT COULD BE YOU |
| 64 | SUNBOW PRODUCTIONS, INC | S660228 | 03.09.87 | KINDER | ABRACADABRA |
| 65 | SUNBOW PRODUCTIONS, INC | S660230 | 03.09.87 | KINDER | ALWAYS THERE IN MY HEART |
| 66 | SUNBOW PRODUCTIONS, INC | S660231 | 03.11.87 | KINDER | BLOW THIS TOWN |
| 67 | SUNBOW PRODUCTIONS, INC | S660233 | *04.10.87* | KINDER | ALL ACROSS THE CTY/LAND OF |
| 68 | SUNBOW PRODUCTIONS, INC | S660234 | *04.10.87* | KINDER | SAFE & SOUND/TAKIN A TRAIN |
| 69 | SUNBOW PRODUCTIONS, INC | S660235 | *04.10.87* | KINDER | YOU'RE TRAPPED |
| 70 | SUNBOW PRODUCTIONS, INC | S660236 | *04.06.87* | KINDER | LOVE WILL SHOW/AZTEC ENCHAN... |
| 71 | SUNBOW PRODUCTIONS, INC | S660237 | *04.06.87* | KINDER | I'M GONNA CHANGE |
| 72 | SUNBOW PRODUCTIONS, INC | S660239 | *04.12.87* | KINDER | K-JEM |

THE JEM SHOW

AFM CONTRACT ID #'s
DUE FOR SUPPLEMTARY PAYMENTS TO TALENT

RE: SUNBOW PROD. INC.

| | F | G |
|---|---|---|
| 1 | COMMENT | PAYOR |
| 2 | | |
| 38 | MEDIA:MUSIC/FILM | T&R |
| 39 | MEDIA:MUSIC/FILM (FALSE STARTS) | T&R |
| 40 | MEDIA:MUSIC/FILM (MISFITS) | T&R |
| 41 | MEDIA:MUSIC/FILM (JEM JAM 1&2) | T&R |
| 42 | MEDIA:MUSIC/FILM | T&R |
| 43 | COM. ID# S663043 CLASH & SYNERGY | T&R |
| 44 | MEDIA:MUSIC/FILM | T&R |
| 45 | MEDIA:MUSIC/OTHER (JEM - MISFITS | T&R |
| 46 | MEDIA:MUSIC/FILM | T&R |
| 47 | MEDIA:MUSIC/FILM | T&R |
| 48 | MEDIA:MUSIC/FILM | T&R |
| 49 | MEDIA:MUSIC/OTHER | T&R |
| 50 | MEDIA:MUSIC/FILM | T&R |
| 51 | MEDIA:MUSIC/FILM | T&R |
| 52 | MEDIA:MUSIC/FILM | T&R |
| 53 | MEDIA:MUSIC/FILM | T&R |
| 54 | MEDIA:MUSIC/FILM | T&R |
| 55 | MEDIA:MUSIC/FILM | T&R |
| 56 | MEDIA:MUSIC/FILM | T&R |
| 57 | MEDIA:MUSIC/FILM | T&R |
| 58 | MEDIA:MUSIC/FILM | T&R |
| 59 | MEDIA:MUSIC/FILM | T&R |
| 60 | MEDIA:MUSIC/FILM | T&R |
| 61 | MEDIA:MUSIC/FILM | T&R |
| 62 | MEDIA:MUSIC/FILM | T&R |
| 63 | MEDIA:MUSIC/FILM | T&R |
| 64 | MEDIA:MUSIC/FILM | T&R |
| 65 | MEDIA:MUSIC/FILM | T&R |
| 66 | MEDIA:MUSIC/FILM | T&R |
| 67 | MEDIA:MUSIC/OTHER | T&R |
| 68 | MEDIA:MUSIC/OTHER | T&R |
| 69 | MEDIA:MUSIC/OTHER | T&R |
| 70 | MEDIA:MUSIC/OTHER | T&R |
| 71 | MEDIA:MUSIC/OTHER | T&R |
| 72 | MEDIA:MUSIC/OTHER | T&R |

THE JEM SHOW | AFM CONTRACT ID #'s | RE: SUNBOW PROD. INC.

DUE FOR SUPPLEMTARY PAYMENTS TO TALENT

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | AGENCY / PROD COMPANY | AFM CONTRACT# | DATE of | AFM LEADER | TITLE(S) & CODE TITLES |
| 2 | | | 1st service | | |
| 73 | SUNBOW PRODUCTIONS, INC | S660240 | 05.01.87 | KINDER | THE LAST LAUGH/1 OF THESE DAYS |
| 74 | SUNBOW PRODUCTIONS, INC | S660241 | 05.01.87 | KINDER | TO THE RESCUE/FLOWERS IN MY... |
| 75 | SUNBOW PRODUCTIONS, INC | S660242 | 04.28.87 | KINDER | LOOK INSIDE/ALONE |
| 76 | SUNBOW PRODUCTIONS, INC | S660243 | 05.05.87 | KINDER | MUSIC&DANCE/FALLING IN LOVE |
| 77 | SUNBOW PRODUCTIONS, INC | S660244 | 05.05.87 | KINDER | SEE YOU/EVERYBODY WEARS A... |
| 78 | SUNBOW PRODUCTIONS, INC | S660245 | 05.26.87 | KINDER | LET ME GO/OUR LOVE/YOU'LL NEV... |
| 79 | SUNBOW PRODUCTIONS, INC | S660246 | 05.26.87 | KINDER | MAKIN' IT HAPPEN/ROCKIN' DOWN |
| 80 | SUNBOW PRODUCTIONS, INC | S660247 | 06.02.87 | KINDER | I'M GONNA HUNT/BETWEEN YOU&... |
| 81 | SUNBOW PRODUCTIONS, INC | S660248 | 06.02.87 | KINDER | FIRST LOVE/STARLIGHT |
| 82 | SUNBOW PRODUCTIONS, INC | S660249 | 06.18.87 | KINDER | HAPPY EVER AFTER/TOMORROW IS |
| 83 | SUNBOW PRODUCTIONS, INC | S660250 | 06.18.87 | KINDER | HOLLYWOOD JEM/YOU ALREADY... |
| 84 | SUNBOW PRODUCTIONS, INC | S660252 | 07.31.87 | KINDER | STINGERS THEME/PERFECT MATCH |
| 85 | SUNBOW PRODUCTIONS, INC | S660253 | 08.12.87 | KINDER | TAKE IT OR LEAVE IT/NOW |
| 86 | SUNBOW PRODUCTIONS, INC | S660254 | 08.12.87 | KINDER | LOVESICK |
| 87 | SUNBOW PRODUCTIONS, INC | S660257 | 08.28.87 | KINDER | UNDER MY SPELL |
| 88 | SUNBOW PRODUCTIONS, INC | S660225 | 08.28.87 | KINDER | TOP OF THE CHARTS |
| 89 | SUNBOW PRODUCTIONS, INC | S660206 | 10.02.87 | KINDER | THIS IS FAREWELL/FAMILY IS |
| 90 | SUNBOW PRODUCTIONS, INC | S660205 | 10.01.87 | KINDER | IT'S A HARD LIFE/LET ME BE |
| 91 | SUNBOW PRODUCTIONS, INC | S660256 | 08.11.87 | KINDER | DESTINY/MIDSUMMR NIGHTS MAD... |
| 92 | | | | | |
| 93 | JEM SONGS ORIGINALLY CONTRACTED THROUGH INDUSTRIAL CODE/ LATER USED IN SHOWS: | | | | |
| 94 | GRIFFIN BACAL, INC. 4711 | S600001 | 12.15.86 | KINDER | GETTING DOWN/TOO CLOSE |
| 95 | GRIFFIN BACAL, INC. 4711 | S600007 | 12.15.86 | KINDER | DECEPTION/I GOT MY EYE ON YOU |
| 96 | GRIFFIN BACAL, INC. 4711 | S600002 | 12.15.86 | KINDER | ONLY THE BEGINNING/TWILIGHT... |
| 97 | GRIFFIN BACAL, INC. 4711 | S600005 | 12.15.86 | KINDER | WINNING...MUSIC IS MAGIC |
| 98 | GRIFFIN BACAL, INC. 4711 | S600006 | 12.15.86 | KINDER | CLICK CLASH/TAKIN IT ALL |
| 99 | GRIFFIN BACAL, INC. 4711 | S600004 | 12.15.86 | KINDER | OUTTA MY WAY/MAKE MSCHF |
| 100 | GRIFFIN BACAL, INC. 4711 | S600003 | 12.15.86 | KINDER | LIKE A DREAM/SHE'S GOT POWER |
| 101 | | | | | |
| 102 | | | | | |
| 103 | | | | | |
| 104 | | | | | |
| 105 | | | | | |
| 106 | | | | | |
| 107 | | | | | |

THE JEM SHOW | AFM CONTRACT ID #'s | RE: SUNBOW PROD. INC.

DUE FOR SUPPLEMTARY PAYMENTS TO TALENT

| | F | G |
|---|---|---|
| 1 | COMMENT | PAYOR |
| 2 | | |
| 73 | MEDIA:MUSIC/OTHER | T&R |
| 74 | MEDIA:MUSIC/OTHER | T&R |
| 75 | MEDIA:MUSIC/OTHER | T&R |
| 76 | MEDIA:MUSIC/OTHER | T&R |
| 77 | MEDIA:MUSIC/OTHER | T&R |
| 78 | MEDIA:MUSIC/OTHER | T&R |
| 79 | MEDIA:MUSIC/OTHER | T&R |
| 80 | MEDIA:MUSIC/OTHER | T&R |
| 81 | MEDIA:MUSIC/OTHER | T&R |
| 82 | MEDIA:MUSIC/OTHER | T&R |
| 83 | MEDIA:MUSIC/OTHER | T&R |
| 84 | MEDIA:MUSIC/OTHER | T&R |
| 85 | MEDIA:MUSIC/OTHER | T&R |
| 86 | MEDIA:MUSIC/OTHER | T&R |
| 87 | MEDIA:MUSIC/OTHER | T&R |
| 88 | MEDIA:MUSIC/OTHER | T&R |
| 89 | MEDIA:MUSIC/OTHER | T&R |
| 90 | MEDIA:MUSIC/OTHER | T&R |
| 91 | MEDIA:MUSIC/OTHER | T&R |
| 92 | | |
| 93 | | |
| 94 | NON-BROADCAST CODE (SHANA) | T&R |
| 95 | NON-BROADCAST CODE (RIO) | T&R |
| 96 | NON-BROADCAST CODE (KIMBER) | T&R |
| 97 | NON-BROADCAST CODE (STORMER) | T&R |
| 98 | NON-BROADCAST CODE (ROXY) | T&R |
| 99 | NON-BROADCAST CODE (PIZAZZ) | T&R |
| 100 | NON-BROADCAST CODE (JEM) | T&R |
| 101 | | |
| 102 | | |
| 103 | | |
| 104 | | |
| 105 | | |
| 106 | | |
| 107 | | |

EXHIBIT



EXHIBIT

HASBRO, INC.

1027 NEWPORT AVENUE
P.O. BOX 1059
PAWTUCKET, RHODE ISLAND 02862-1059 U.S.A.
TELEPHONE (401) 726-4100
TELEX: (230) 6814168

October 21, 1988

Sunbow Productions, Inc.
130 Fifth Avenue
New York, NY 10011

Attention: William Beihl

Dear Bill:

Enclosed please find the fully-executed Standard Terms and Conditions Agreement between Hasbro, Milton Bradley International, Sunbow Productions, Starwild Music and Wildstar Music.

Thank you for your assistance.

Sincerely,

HASBRO, INC.

Stephen C. Stanley
Counsel

SCS:wss

Enclosure

cc: B. Alperin
T. Griffin

HASBRO, INC., MILTON BRADLEY INTERNATIONAL, INC., SUNBOW PRODUCTIONS, INC., STARWILD MUSIC, INC., and WILDSTAR MUSIC, INC.

STANDARD TERMS AND CONDITIONS

PREAMBLE

These Standard Terms and Conditions are incorporated in the Production License Agreement ("PLA") attached hereto, and these Standard Terms and Conditions and the PLA (collectively referenced herein as the "Agreement") together govern the production, completion, delivery and distribution of the "Programs" (as defined in Paragraph 2 of the PLA).

HASBRO, INC., a corporation duly organized and existing under the laws of the State of Rhode Island and Providence Plantations with a principal place of business at 1027 Newport Avenue, Pawtucket, Rhode Island 02862-1059 ("Hasbro"), owns and/or controls the "Property" as defined in Paragraph 1 of the PLA, including all trademarks, copyrights and other proprietary interests associated therewith, in the United States of America, its territories and possessions.

MILTON BRADLEY INTERNATIONAL, INC., a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, and a wholly-owned subsidiary of Hasbro, with a principal place of business at 1027 Newport Avenue, Pawtucket, Rhode Island 02862-1059 ("MBI"), owns and/or controls the Property throughout the universe excluding the United States of America, its territories and possessions. Unless otherwise designated herein, all references to "Hasbro" shall be deemed to include MBI.

SUNBOW PRODUCTIONS, INC., a corporation duly organized and existing under the laws of the State of Delaware with a principal place of business at 130 Fifth Avenue, New York, New York 10011 ("Sunbow"), desires to produce, complete, deliver and distribute certain animated television cartoon programs based upon the Property as particularly described in Paragraph 2 of the PLA ("Programs").

STARWILD MUSIC, INC., an affiliated corporation of Sunbow, organized and existing under the laws of the State of Delaware with a principal place of business at 130 Fifth Avenue, New York, New York 10011 ("Starwild") and an active member of Broadcast Music, Inc. ("BMI"), desires to be the publisher of the musical compositions to be initially created by member artists of BMI for synchronization with the Programs.

WILDSTAR MUSIC, INC., an affiliated corporation of Sunbow, organized and existing under the laws of the State of Delaware with a principal place of business at 130 Fifth Avenue, New York, New York 10011 ("Wildstar") and an active member of the American Society of Composers, Authors and Publishers ("ASCAP"), desires to be the publisher of the musical compositions to be initially created by member artists of ASCAP for synchronization with the Programs.

TERMS AND CONDITIONS

A. Quality of Programs. The quality of the Programs to be produced, completed and delivered hereunder shall be at least equal to standards for the production of animation or live-action programming of the three United States national television networks (i.e., ABC, CBS, NBC) intended for children's audiences.

B. Funding.

(1) Hasbro shall, subject to the terms of the Agreement, and provided Sunbow is not in material breach of the Agreement, advance or cause to be advanced on account of the cost of producing, completing, delivering and distributing the Programs, the monies set forth in the PLA. Sunbow agrees that the production funds described under the caption "Production" in the Exhibits to the PLA shall be used solely for the cost of producing, completing and delivering the said Programs.

(2) Hasbro may, at any time in its absolute discretion, establish a special production account in its designated bank, in which all production funds shall be deposited. No other monies shall be deposited in said account

F. Third Party Participation. Sunbow, subject to Hasbro's prior written approval, may grant shares of Domestic and/or International General Revenues, Music Performance Royalties, Total Revenues, and/or Distribution Proceeds from the distribution of the Programs to persons and other entities furnishing services and/or materials in connection with the Programs. (Any such person or entity is referred to as a "Third Party Participant.") Sunbow warrants and represents that any and all agreements and transactions which it enters into with any Third Party Participants will be at arms length and consistent with good business practices in the entertainment industry to maximize Hasbro's share of Distribution Proceeds pursuant to Paragraph I(6). Sunbow shall provide Hasbro with full and complete copies of any and all agreements which are entered into with a Third Party Participant within ten (10) days after the full execution of the same. Sunbow shall be solely responsible and liable for any and all payments due to any such Third Party Participant unless otherwise specifically agreed in writing by Hasbro. *

G. Ownership.

(1) Subject to the terms and conditions of the Agreement, as between Sunbow and Hasbro, the Programs, including, but not limited to, the copyrights and renewals thereof and all rights in and to the Programs and the underlying literary, dramatic and musical material upon which the Programs are based, and the Properties and material used in the Programs, shall be owned by Hasbro perpetually throughout the universe. While the copyrights in the Programs may be held in Sunbow's name, Sunbow shall hold all such copyrights in trust for the benefit of Hasbro, and shall maintain their registration and recordation at the United States copyright office in Washington D.C. and at various foreign copyright offices, with the understanding that, upon Hasbro's written request, such copyrights shall be assigned to Hasbro or Hasbro's designee, subject to the distribution rights granted to Sunbow herein. In recognition of said trust, Sunbow shall sign and file with the United States copyright office in Washington, D.C., and shall deliver to Hasbro for filing at whatever foreign copyright offices as may be requested by Hasbro, the "NOTICE OF COPYRIGHT OWNERSHIP" in the form attached hereto as Exhibit A. In the event that Sunbow fails to make such assignment, then Sunbow hereby

appoints Hasbro to be Sunbow's irrevocable attorney-in-fact with all requisite powers to execute such assignment of copyrights from Sunbow to Hasbro or its designee and to deliver any such assignment to Hasbro for recordation in the copyright office in Washington D.C. and any foreign copyright office as may be determined by Hasbro. Insofar as the copyrights are held in trust for Hasbro by Sunbow, all prints of each of the Programs shall contain the following notice of copyright placed there by Sunbow:

"© 19__ (year of first publication) Sunbow Productions, Inc. All Rights Reserved."

(2) Sunbow recognizes the great value of the good will associated with Hasbro's Property trademarks and acknowledges that the Property name has a secondary meaning in the mind of the public. All uses of the Property trademarks will inure to Hasbro's benefit, and Sunbow acknowledges that Hasbro is the exclusive owner of all Property trademarks and any and all trademarks created by Sunbow's use of the Property hereunder. If requested in writing by Hasbro, Sunbow shall place trademark designations at the end of the credits of each Program in order to protect Hasbro's trademarks in the Property underlying such Program, in substantially the following form:

"[PROPERTY TRADEMARK], its logo, and all associated characters are trademarks owned by and used under license from HASBRO, INC.
© 19__ (year of first publication) HASBRO, INC. All Rights Reserved."

(3) Sunbow, Starwild, and Wildstar acknowledge that Hasbro is sole owner in perpetuity throughout the Universe of all musical compositions initially produced and/or created for use, publication and/or performance in connection with the Programs ("Compositions"), including, but not limited to, all right, title and interest in and to the copyrights, the right to copyright and any renewal rights, therein and thereto. Notwithstanding the foregoing, the Compositions may be registered for copyright in the name of STARWILD MUSIC, INC. in the event that the songwriter of the Composition is affiliated with BMI, and in the name of WILDSTAR MUSIC, INC. in the event that the

songwriter of the Composition is affiliated with ASCAP. Starwild and Wildstar may act as publishers of the Compositions, but in no event shall Sunbow, Starwild or Wildstar permit any third party (other than Hasbro, or a Hasbro affiliate or other designee upon Hasbro's prior written approval) to share in the ownership of the copyrights or publishing interest in the Compositions, unless otherwise specifically agreed in writing by Hasbro. Hasbro may, in its sole discretion, designate a third party to act as publisher, editor, and/or copyright owner of any Compositions outside of the United States of America and its territories and possessions, but the "Net International Music Performance Royalties" (as defined in Paragraph H(2)(b) below) from any use, publication and/or performance of Compositions shall remain included in "International General Revenues" (as defined in Paragraph H(2)(a) below). Sunbow, Starwild and Wildstar shall execute any further documents including, without limitation, assignments of copyrights, and do all acts necessary to effectuate fully the terms and provisions of this Agreement. Moreover, Sunbow fully guarantees the performance of Starwild and Wildstar under the terms and conditions of the Agreement, and agrees to indemnify and hold harmless Hasbro and its affiliates from and against any claims, actions, loss, damage, liability, judgments, costs and expenses (including reasonable attorneys' fees and disbursements) sustained and/or incurred by Hasbro and/or its affiliates by reason of any failure of Starwild and/or Wildstar to abide by the terms hereof.

(4) Statements. Sunbow agrees to use its best efforts, in its employment or other agreements with all persons or entities participating in the production of, performing services in respect of, and appearing in, the Programs, to obtain all rights in and to the results and proceeds of such person's services in any and all media, either now known or hereafter devised, perpetually throughout the universe and to pay any such person's residuals at minimum scale under applicable collective bargaining agreements. Sunbow further agrees, subsequent to completion of production, to assign in writing all such employment agreements and all rights thereunder to Hasbro, upon the request of Hasbro, free and clear of all claims, liens and/or encumbrances, subject to applicable collective bargaining agreements. In the event that, subject to applicable collective bargaining agreements, Sunbow cannot obtain all rights in perpetuity throughout the universe from any such person or

entity, free of all claims, liens or encumbrances, or any such person or entity demands residuals in excess of minimum scale under applicable collective bargaining agreements, Sunbow will so advise Hasbro and will not enter into an agreement with such person or entity unless Hasbro provides written approval of the limited grant of rights or over-scale payments.

H.   Accounting Definitions.

   (1)   Domestic Transactions.

      (a)   "Domestic General Revenues" means all royalties, advances, guarantee payments, proceeds from favorable dispute settlements, and all other proceeds and consideration from all sources (other than those set forth in Paragraphs H(1)(b)-(c)) derived from the license, lease, rental, exploitation, distribution or other disposition of the Programs, or the Compositions separate from the Programs, in the United States of America and its territories and possessions, including, but not limited to, videogram distribution, pay cable distribution (i.e., the telecast of the Programs on non-broadcast services such as HBO, SIN, CBN, Showtime, ESPN, etc.), and including any distribution of the Compositions, separately from the Programs, on tapes, records, cassettes, compact discs, or other media in the United States of America, its territories and possessions. Domestic General Revenues shall exclude: the "Barter Media Value" (as defined in Paragraph I(7) below) of commercial time utilized and paid for by Hasbro or its affiliates; the monies to be paid to Hasbro pursuant to Paragraph 5 of the PLA, i.e., any monies paid by television stations for carrying the Programs in the Initial Telecast Term and any Subsequent Term (which monies shall be paid to Hasbro); and Hasbro's payment for the Programs pursuant to Paragraph 4(a) of the PLA.

      (b)   "Net Domestic Cable Royalties" means the gross amount of royalties distributed by the Copyright Royalty Tribunal pursuant to the 1976 Copyright Revision Act (17 USC Sec. 101, et seq.; P.L. 94-553) in consideration for the simultaneous retransmission of the Program by cable television systems, less a twenty percent (20%) commission retained by Claster Television, Inc. as the U.S. distributor of the Program.

      (c)   "Net Domestic Music Performance Royalties" means (i) the gross amount of the publisher's share of music performance royalties, mechanical royalties, advances, and other consideration paid by any music

(13) Any sale or other disposition of any or all Programs, or any rights therein, by Hasbro shall be made subject to the terms and conditions of the Agreement, including, but not limited to, Sunbow's right to receive revenues from distribution of the Programs as herein described, unless otherwise agreed in writing by Sunbow.

The foregoing STANDARD TERMS AND CONDITIONS are agreed to be incorporated in all Production License Agreements and to govern, along with such Production License Agreements, the production, completion, delivery and distribution of all Programs subject to said Production License Agreements.

HASBRO, INC.

By: [signature]
Its: [signature]

SUNBOW PRODUCTIONS, INC.

By: [signature]
Its: [signature]

MILTON BRADLEY INTERNATIONAL, INC.

By: [signature]
Its: [signature]

STARWILD MUSIC, INC.

By: [signature]
Its: [signature]

WILDSTAR MUSIC, INC.

By: [signature]
Its: [signature]

BLANK PAGE

EXHIBIT

# 3

EXHIBIT

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ANNE BRYANT
*Plaintiff*
v.
NOEL L SILVERMAN ESQ., et al
*Defendant*

Civil Action No. 15-CV-8427 (PAC; HBP)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: HASBRO, INC.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE RIDER, ATTACHED

TO (ANNE BRYANT)

| Place: P.O. Box 418 21 Collaberg Road Stony Point NY 10980 | Date and Time: September 20, 2017, by 11 PM. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: AUG 16 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the ~~attorney~~ PROSE PLAINTIFF representing *(name of party)* ANNE BRYANT P.O. BOX 418, 21 COLLABERG RD; STONY POINT, NY 10980, who issues or requests this subpoena, are:

917-848-5203; <accessab@gmx.com>

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* HASBRO INC on *(date)* 8/31/17

☒ I served the subpoena by delivering a copy to the named person as follows: TO CHRISTINE MEEHAN, SENIOR PARALEGAL FOR HASBRO INC AT 1027 NEWPORT AV., PAWT RI on *(date)* 8/31/17 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/31/17 @ 220 Pm

[signature]
*Server's signature*

RI Constable #40
Paul G Hughes
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

[signature]
Christine Meehan
Senior Paralegal

BLANK PAGE

SCHEDULE 1 SCHEDULE

SCHEDULE I —

Listing of **Music** titles on final recorded **Masters**

1. Transformers TV Show MAIN Theme (see Music / vocal lead sheet attached, *next page*);
2. Great Space Coaster TV Show MAIN Theme;
3. My Little Pony & Friends TV Show MAIN Theme;
4. Visionaries TV Show MAIN Theme;
5. Robotix MAIN Theme;
6. Inhumanoids MAIN Theme;
7. GI Joe: the Movie (Theme);
8. Jem TV Show MAIN [opening] Theme;
9. *"Jem Girls"* [Jem Show alternate] TV Show Theme;
10. The Jem TV Show feature songs score [partial listing: 160 feature songs], 4 *pages following Transformers Theme leadsheet).*
11. Uses of the above titles in "Super Saturday/Super Sunday" Television Show property.

—See also, **Exhibit 2**—



VOCAL
KINDER & BRYANT
HASBRO TOYS
THE TRANSFORMERS
9/9/83
click: ♩= 90
:29 TV
arr. ANNE BRYANT
THE TRANS-
-FORM-ERS THERE'S MORE THAN MEETS THE EYE
AU-TO-BOTS WAGE THEIR BAT-TLE TO DES-TROY THE E-VIL
FORC-ES OF THE DE-CEPT-I-CONS THE TRANS-FORM-ERS
RO-BOTS IN DIS-GUISE THE TRANS-FORM-ERS
MORE THAN MEETS THE EYE
© 1983 Mutiny Music (ASCAP)
SUN 0902

## *JEM TV SERIES FEATURE SONGS*

| *Jem Songs* | | | |
|---|---|---|---|
| Only The Beginning | Like A Dream | Twilight In Paris | Gettin' Down To Business |
| I've Got My Eye On You | Deception | Too Close | Truly Outrageous |
| She's Got The Power | Music is Magic | Who Is He Kissing | Jealousy |
| Show Me The Way | Love Is Doin' It | Puttin' It All Together | People Who Care |
| We Can Make A Difference | Something Is Missing | Love Unites Us | Love Is Here |
| Depends On The Mood I'm In | Time Is Running Out | Come On In | We Can Change It |
| She Makes An Impression | When It's Only Me | Running Like The Wind | Friend Or Stranger |
| Can't Get My Love Together | Broadway Magic | There's A Melody Playing | How You Play The Game |
| Here Comes Trouble | Set Your Sails | Rock N' Roll Forever | I'm Comin' From Behind |
| Back In Shape | I Believe In Happy Endings | Glitter N' Gold | Believe In Your Self |
| Beat This | All's Right With The World | Dear Diary | Imagine Me |

| | | | |
|---|---|---|---|
| The Real Me | Nightmare | You're Always There In My Heart | Shangri-La |
| Let The Music Play | Aztec Enchantment | Love Will Show The Way | Take The Time |
| Open A Book | It Could Be You | It Takes Work | KJEM |
| It's Fun To Be Scared | Freedom | I'm Takin' A Train | All Across This Country |
| Land Of The Midnight Sun | Safe And Sound | Love's Not Easy | To The Rescue |
| Flowers In my Hair | Let Me Take You To The Mardi Gras | Everybody Wears A Mask | First Love |
| Between You And Me | Rockin' Down Thru Time | Hollywood Jem | You Already Know |
| Tomorrow Is My Wedding Day | Happy Ever After | One of Those Days | Last Laugh |
| You'll Never Win My Love | Our Love Makes You Beautiful | Music And Danse | Falling In Love With A Stranger |
| Midsummer Night's Madness | Straight From The Heart | Too Much | Family Is |

## *"The Misfits" —featured songs*

| | | | |
|---|---|---|---|
| Outta My Way | Winning Is Everything | Makin' Mischief | Takin' It All |
| Universal Appeal | Congratulations | Welcome To The Jungle | Gimme, Gimme, Gimme |
| You Can't Catch Me | You Gotta Be Fast | Designing Woman | We're Off And Running |

| | | | |
|---|---|---|---|
| I Am A Giant | You Oughta See The View | Who Is She | There Ain't Nobody Better |
| Misfits In Hawaii | The Queen Of Rock N' Roll | It Takes Alot | Jack, Take A Hike |
| Ahead Of The Game | Gimme A Gimmick | Surprise, Surprise | How Does It Feel |
| I Like Your Style | I Love A Scandal | Let's Blow This Town | Abracadabra |
| Trapped | Free And Easy | Listen Up | Don't Look Now |
| Star Spangled Fantasy | I'm Gonna Hunt You Down | Lovesick | Top Of The Charts |

| ***"The Stingers"—featured songs*** | | |
|---|---|---|
| Stingers Theme | Perfect Match | Take It Or Leave It |
| Destiny | Under My Spell | Mind Games |
| All In The Style | Are You Feelin' Alright? | It's A Hard, Hard Life |
| Let Me Be | | |

| ***The Duets — Ballads*** | | |
|---|---|---|
| Click / Clash | Share A Little Bit | It's Workin' Out / Doin' Me In |
| Let's Not Forget The Past | I Can See Me | A Father Should Be |
| You May Be A Star | Jam All Night Long | We're Up / Your Down |

| I'm Okay | Bad Influence | Jazz Has |
|---|---|---|
| I'm Gonna Change | Alone Again | Look Inside Yourself |
| Starlight | Makin' It Happen | Now |
| Let Me Go | Believe / Don't Believe | This Is Farwell |

| ***"Jem's Themes"*** | |
|---|---|
| Jem Theme | Jem Girl Theme |
| Glitter N' Gold Theme | Glitter N' Gold Theme TV Ad |
| Jem Theme (Italian) | Jem Theme (French) |
| Rock N' Curl Jem Theme | Closing Theme |

BROKEN GLASS