AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Anne Bryant <br> *Plaintiff(s)* <br> v. <br> Hasbro, Inc., John & Jane Does 1-12; ABC Corps 1-7 <br> *Defendant(s)* | Civil Action No. 8:18CV1336 T36 CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hasbro Inc.
1027 Newport Ave.
Pawtucket R.I. 02861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anne Bryant
2601 Jefferson Ave
Sarasota, FL 34239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN - 4 2018

*Signature of Clerk or Deputy Clerk*

[Stamp: RECEIVED 2018 JUN -4 PM 3:08 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]