# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNE BRYANT,

        Plaintiff,

  v.

HASBRO, INC.; JOHN AND JANE DOES 1-12; and ABC CORPORATIONS 1-7,

        Defendants.

Case No: 8:18-cv-1336-T-36CPT

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), and in compliance with this Court's Order (ECF No. 3), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

_____

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: August 23, 2018 Respectfully submitted,

*/s/ Matthew Triggs*
Matthew Triggs
Florida Bar No. 0865745
PROSKAUER ROSE LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
561.995.4736 (p)
561.241.7145 (f)
mtriggs@proskauer.com

Russell T. Gorkin (*pro hac vice*)
Evelyn Y. Pang (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212.969.3000 (p)
504.310.2022 (f)
Email: rgorkin@proskauer.com
epang@proskauer.com

*Counsel for Defendant Hasbro, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 23, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system. I also certify that the foregoing document is being served this day on the *pro se* Plaintiff via email at annebryantmusic@mac.com, and via U.S. Mail at the following addresses:

Ms. Anne Bryant
2601 Jefferson Circle
Sarasota, FL 34239

—

Ms. Anne Bryant
P.O. Box 418
21 Collaberg Road
Stony Point, NY 10980

                                                        *s/ Matthew Triggs*
                                                        Matthew Triggs