**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANNE BRYANT,

      Plaintiff,

  v.

HASBRO, INC.; JOHN AND JANE DOES 1-12; and ABC CORPORATIONS 1-7,

      Defendants.

Case No: 8:18-cv-1336-T-36CPT

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant Hasbro, Inc. ("Defendant" or "Hasbro"), by its undersigned attorneys, pursuant to this Court's Interested Persons Order For Civil Cases (ECF No. 4), respectfully discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Anne Bryant – Plaintiff**
    **Hasbro, Inc. – Defendant**
    **Proskauer Rose LLP - Counsel for Defendant**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **Hasbro, Inc. – Defendant**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4. The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Anne Bryant – Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 23, 2018                                   Respectfully submitted,

*/s/ Matthew Triggs*
Matthew Triggs
Florida Bar No. 0865745
PROSKAUER ROSE LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
561.995.4736 (p)
561.241.7145 (f)
mtriggs@proskauer.com

Russell T. Gorkin (*pro hac vice*)
Evelyn Y. Pang (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212.969.3000 (p)
504.310.2022 (f)
Email: rgorkin@proskauer.com
epang@proskauer.com

*Counsel for Defendant Hasbro, Inc.*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 23, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system.  I also certify that the foregoing document is being served this day on the *pro se* Plaintiff via email at annebryantmusic@mac.com, and via U.S. Mail at the following addresses:

 Ms. Anne Bryant
 2601 Jefferson Circle
 Sarasota, FL 34239

   —

 Ms. Anne Bryant
 P.O. Box 418
 21 Collaberg Road
 Stony Point, NY 10980

            *s/ Matthew Triggs*
            Matthew Triggs