**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANNE BRYANT,

    Plaintiff,

v.                                                                                                        Case No: 8:18-cv-1336-T-36CPT

HASBRO, INC., JOHN AND JANE DOES,
1-12 and ABC CORPORATIONS 1-7,

    Defendants.
_____

# ORDER

This case is before the Court on the Case Management Report (Doc. 21) filed by the Plaintiff on October 29, 2018.

The parties shall provide specific agreed upon dates in the Case Management Report, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 3.05(c).[1]

Accordingly, it is now

**ORDERED:**

The parties' Case Management Report (Doc. 21) is **STRICKEN**. The parties shall submit an Amended Case Management Report on or before **November 9, 2018**. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

---

[1] Filing mandatory initial disclosures is not based on the Court's ruling on motions to dismiss. Generally, a pending motion to dismiss, alone, is not a basis to delay discovery. *See* Middle District Discovery (2015) at § 1(E)(4).

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties